EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de Términos ante el paso del Huracán Fiona | 2022 TSPR 116<br><br>210 DPR ___ |

Número del Caso:  EM-2022-005

Fecha:  18 de septiembre de 2022

Materia:  Extensión de Términos ante el paso del Huracán Fiona.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Extensión de Términos ante el
paso del Huracán Fiona

EM-2022-005

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de septiembre de 2022.

Ayer, 17 de septiembre de 2022, el Servicio Nacional de Meteorología emitió un aviso de huracán para todo Puerto Rico. En vista de que la situación climatológica ha continuado empeorando, se decretó la suspensión de los trabajos en el Poder Judicial para mañana lunes 19 de septiembre de 2022, hasta el martes 20 de septiembre de 2022, cuando se reanudarán las operaciones si las condiciones del tiempo lo permiten.

Como resultado de lo anterior, y conforme nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos que aplican a esos procedimientos, se decreta que aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. En consecuencia, se considerará el 19 de septiembre de 2022 como si fuera día feriado. Cualquier término que venza en esta fecha se extenderá hasta el martes 20 de septiembre de 2022 o hasta que las condiciones del tiempo permitan reanudar las labores en los tribunales y así se anuncie.

Además, se decreta que todo término que dispone el Reglamento del Programa de Educación Jurídica Continua, 4 LPRA Ap. XVII-F, se extenderá por igual periodo.

Se ordena la difusión pública inmediata de esta Resolución. Notifíquese al Director

Administrativo de los Tribunales, al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales y a la Directora del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo